

**The following constitutes the order of the Court.
Signed: November 6, 2020**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re ) | Case No. 20-10400 WJL |
| Ehlana Kirkpatrick ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**MEMORANDUM REGARDING RECENTLY FILED REAFFIRMATION AGREEMENT BETWEEN**

**DEBTOR AND COASTAL CENTRAL CREDIT UNION**

On July 13, 2020, Debtor filed a Chapter 7 Voluntary Petition for Individuals (Dkt. 1), initiating the above-captioned case. On October 21, 2020, the Court entered an Order Discharging Debtor and Final Decree (Dkt. 9), and on October 22, 2020 the case was closed.

On November 3, 2020, Creditor Coastal Central Credit Union filed a Reaffirmation Agreement Between Debtor and Coastal Central Credit Union (the "Reaffirmation") (Dkt. 11) regarding a 2017 Dodge Ram 1500.

11 U.S.C. § 524(c)(1) makes clear that a reaffirmation agreement, such as the Reaffirmation described above, is only

enforceable if the agreement was made prior to entry of the Debtor's discharge, and FRBP 4008(a) mandates that a "reaffirmation agreement shall be filed no later than 60 days after the first date set for the meeting of creditors under §341(a) of the [Bankruptcy] Code."

Creditor signed the Reaffirmation on October 21, 2020, the day the Debtor's discharge was entered. Creditor further did not timely file the Reaffirmation with the Court, since the last day to file a reaffirmation agreement pursuant to FRBP 4008(a) was October 20, 2020.

Accordingly, the Reaffirmation is not enforceable, and the Court shall not take any action regarding the Reaffirmation.

**\*END OF MEMORANDUM\***

Case: 20-10400    Doc# 12    Filed: 11/06/20    Entered: 11/06/20 16:36:06    Page 2 of 3

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Coast Central Credit Union |
|   | 2650 Harrison Ave. |
| 3 | Eureka, CA 95501-9947 |